UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAZMINE I. ROBERTS,

                Plaintiff,

       -against-

WAVERLY JOB CENTER, et al.,

                Defendants.

25-CV-4014 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 2, 2025, Plaintiff was barred from filing any new action *in forma pauperis* without first obtaining from the Court leave to file. *See Roberts v. Duane Reade Pharmacy*, ECF 1:24-CV-4034, 6 (S.D.N.Y. Jan 2, 2025). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the January 2, 2025 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:    May 29, 2025
           New York, New York

                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                            Chief United States District Judge